ORIGINAL

FILED

03/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

MAR 3 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
KENT F. DAVIS

ORDER

Kent F. Davis has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of applying for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Davis passed the MPRE in 2012 when seeking admission to the practice of law in the State of Utah, where Davis was admitted. Davis is also a member in good standing of the Arizona and Washington State bars. Davis has "nearly eight years of the ethical practice of law." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Kent F. Davis to waive the three-year test requirement for the MPRE for purposes of a current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 30 day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices